UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  07-205** |
| | : | |
| v. | : | |
| | : | |
| **SIMON DEWEY REED** | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Anthony Scarpelli at telephone number 202-353-1679 and/or email address Anthony.Scarpelli@usdoj.gov Anthony Scarpelli will substitute for Assistant United States Attorney Angela Hart-Edwards counsel for the United States.

         Respectfully submitted,

         JEFFREY A. TAYLOR
         United States Attorney


         _____
         ANTHONY SCARPELLI
         Assistant United States Attorney
         D.C. Bar No. 474-711
         555 Fourth Street, N.W.
         Washington, D.C.  20530
         (202) 353-1679