# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-205** |
| | : | |
| **v.** | : | |
| | : | |
| **SIMON DEWEY REED** | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Anthony Scarpelli and Bill O'Malley at telephone number 202-514-7736 and/or email address Anthony.Scarpelli@usdoj.gov and Bill.J.OMalley@usdoj.gov Anthony Scarpelli and Bill O'Malley will substitute for Assistant United States Attorney Angela Hart-Edwards counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
ANTHONY SCARPELLI
Assistant United States Attorney
D.C. Bar No. 474-711
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-1679