THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
         v                  :    Case No. 1:07-CR-00205 PLF
                            :
SIMON DEWEY REED            :

## P R A E C I P E

The Clerk of the Court will please enter the appearance of Charles F. Daum as the Attorney of record for the defendant, Mr. Simon Dewey Reed in the above captioned case.

Respectfully Submitted,

_____
Charles F. Daum
736 5th Street, N.E.
Washington, DC 20002
Tel: 202-546-8886
DC BAR 952481