UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 07-205 (PLF)** |
| | : | |
| **SIMON DEWEY REED,** | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and without objection form the defendant, respectfully moves this Court to dismiss the above-captioned matter without prejudice.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney
D.C. Bar No. 166991
555 Fourth Street, N.W., Room 4810
Washington, D.C. 20530
(202) 305-1749


_____
ANTHONY SCARPELLI
Assistant United States Attorney

*Certificate of Service*

**I HEREBY** certify that I have caused a copy of the foregoing government's Motion to Dismiss and proposed Order by mail, postage prepaid, upon counsel, for defendant Charles Daum, Esquire, 736 5th Street, N.E., Washington, D.C., 20002; this 8th day of February, 2008.

_____
WILLIAM J. O'MALLEY, JR.
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **Criminal No. 07-205 (PLF)** |
| | : | |
| **SIMON DEWEY REED,** | : | |
| Defendant. | : | |

# ORDER

Upon motion of the United States and without objection from the defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, it is this _____ day of February, 2008

ORDERED that the above-captioned matter be, and hereby is, dismissed without prejudice.

_____
ALAN KAY
United States Magistrate Judge
  For the District of Columbia

Copies to:

William J. O'Malley, Jr.
Assistant U. S. Attorney

Charles Daum, Esquire
&36 5th Street, N.E.
Washington, D.C., 20002