UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 07-205 (PLF) |
| | : | |
| SIMON DEWEY REED, | : | |
| Defendant. | : | |

**FILED**

MAR 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon motion of the United States and without objection from the defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, it is this __3rd__ day of ~~February~~ March, 2008

ORDERED that the above-captioned matter be, and hereby is, dismissed without prejudice.

_____
ALAN KAY
United States Magistrate Judge
For the District of Columbia

Copies to:

William J. O'Malley, Jr.
Assistant U. S. Attorney

Charles Daum, Esquire
&36 5th Street, N.E.
Washington, D.C., 20002